```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/18/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ATHENA VADEN,

                Plaintiff,

-against-

METROPOLITAN LIFE INSURANCE
COMPANY,

                Defendant.

20 Civ. 4562 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 18, 2020, the Court ordered the parties to submit a joint letter and proposed case management plan by August 17, 2020. ECF No. 3. It is ORDERED that by **August 19, 2020**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: August 18, 2020
       New York, New York

                                          ANALISA TORRES
                                  United States District Judge