```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/18/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ATHENA VADEN,

                         Plaintiff,

-against-            20 Civ. 4562 (AT)

METROPOLITAN LIFE INSURANCE            **ORDER**
COMPANY,

                         Defendant.

ANALISA TORRES, District Judge:

       On August 19, 2020, the Court ordered the parties to submit a joint letter and proposed case management plan by September 17, 2020. ECF No. 3. Those submissions are now overdue. It is ORDERED that by **September 21, 2020**, the parties shall file their joint letter and proposed case management plan.

       SO ORDERED.

Dated: September 18, 2020
          New York, New York

                                                                                        ANALISA TORRES
                                                                          United States District Judge