UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ATHENA VADEN,

                       Plaintiff,

-against-

METROPOLITAN LIFE INSURANCE
COMPANY,

                       Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/20/2021_

20 Civ. 4562 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       On October 28, 2020, the Court ordered the parties to submit a joint status letter by January 18, 2021.  ECF No. 17 ¶ 16.  That submission is now overdue.  By **January 22, 2021**, the parties shall file their joint status letter.

       SO ORDERED.

Dated: January 20, 2021
         New York, New York

_____
ANALISA TORRES
United States District Judge