UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ATHENA VADEN,

                    Plaintiff,
-against-

METROPOLITAN LIFE INSURANCE
COMPANY,

                    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/2021
```

20 Civ. 4562 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The conference scheduled for January 25, 2021 is ADJOURNED to **April 13, 2021**, at **11:00 a.m.**, in order to permit the parties to complete discovery. By **April 6, 2021**, the parties shall submit their joint status letter.

      SO ORDERED.

Dated: January 22, 2021
       New York, New York

                                                          ANALISA TORRES
                                          United States District Judge